court at the October term, 1918. Reversed and judgment here.
Opinion filed January 27, 1919.

Howe, Fordham & Kreamer, for appellant; Albert C. Fordham,
of counsel. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

George Zakos, by Christ Kapimalis, appellee, v. Peter Lalogos and
Mike Gerulas, trading as Lincoln Grocery & Market Company, on ap-
peal of Peter Lalogos, appellant. Gen. No. 24,526.

Action to recover wages. Judgment for plaintiff. Appeal from
the Municipal Court of Chicago; the Hon. John K. Prindiville,
Judge, presiding. Heard in this court at the October term, 1918.
Affirmed. Opinion filed January 27, 1919. Rehearing denied Febru-
ary 10, 1919.

George J. Crane, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

American Paper Products Company, appellee, v. National Clock &
Manufacturing Company, appellant. Gen. No. 24,562.

Action to recover purchase price of goods. Defendant claimed
that plaintiff was a foreign corporation, and had not complied with
the State law. Judgment for plaintiff. Appeal from the Municipal
Court of Chicago; the Hon. John Richardson, Judge, presiding.
Heard in this court at the October term, 1918. Affirmed. Opinion
filed January 27, 1919.

Anderson, Anderson & Anderson, for appellant. Edward L. Eng-
land, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Whiting Paper Company, appellee, v. Proudfit Loose Leaf Sales
Company, appellant. Gen. No. 24,131.

Action in attachment on ground that defendant was about to dis-
pose of property to hinder and delay creditors. Judgment for
plaintiff. Appeal from the Municipal Court of Chicago; the Hon.
John Richardson, Judge, presiding. Heard in the Branch Appellate
Court at the March term, 1918. Affirmed. Opinion filed January
29, 1919.

William Y. Baird, for appellant; Grant Newell, of counsel. Mer-
gentheim, Altheimer & Mayer, for appellee; Morton A. Mergentheim,
of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the
court.

---

Thomas H. Kelly, appellee, v. Supreme Court of the Independent
Order of Foresters, appellant. Gen. No. 24,139.

Action on a fraternal benefit certificate. Judgment for plaintiff.
Appeal from the Municipal Court of Chicago; the Hon. Joseph P.
Rafferty, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

Charles F. Vogel, for appellant. Morse Ives and Charles C. Boden-
stab, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the
court.